UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                :    Chapter 11
                                                                        :
MIDWOOD GARDENS LLC,                                 :    Case No. 15-44797-JMM
                                                                         :
                                    Debtor.               :
-----------------------------------------------------------------x

### **FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE**

Upon the application, dated February 10, 2021 (the "Application"), of Yann Geron (the "Plan Administrator"), the plan administrator of the post-confirmation estate of Midwood Gardens LLC (the "Debtor"), the above-captioned debtor, for the entry of a final decree closing the Debtor's Chapter 11 case, and it appearing that substantial consummation of the Trustee's Plan of Liquidation, as amended on April 1, 2016 and April 26, 2016, within the meaning of 11 U.S.C. 1101(2) having duly occurred; and it appearing that good and sufficient notice of the Application was provided; and the Court having considered the Application and determined that good cause exists for entry of the order; it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Debtor's chapter 11 case is hereby closed; and it is further

//

//

//

//

//

//

***ORDERED***, that within ten (10) days of entry of this Order, the Plan Administrator shall (i) provide disbursement information from January 1, 2021 through the date of this Order, and (ii) to the extent any statutory fees are outstanding, the Plan Administrator shall pay the United States Trustee Program the appropriate amount due pursuant to 28 U.S.C. § 1930.  If such information is not provided and such fees are not timely paid, the U.S. Trustee may seek to reopen the case to seek such payment, conversion, dismissal, or such other appropriate relief.



Dated: Brooklyn, New York
March 4, 2021

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**